E-FILED
Tuesday, 07 August, 2012 11:51:14 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Michelle Knight & Jeffery Barth | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 12CV 1244 |
| Enbridge Pipelines (FSP) LLC, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Enbridge Pipelines (FSP) LLC and CCPS Transportation ,LLC.

Date: 08/06/2012

/s/Gerald A. Ambrose
*Attorney's signature*

Gerald A. Ambrose--ILARDC 0042021
*Printed name and bar number*

Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
*Address*

gambrose@sidley.com
*E-mail address*

(312) 853-7000
*Telephone number*

(312) 853-7036
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| Michelle Knight & Jeffery Barth | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 12CV 1244 |
| Enbridge Pipelines (FSP) LLC, et al | ) |
| *Defendant* | ) |

CERTIFICATE OF SERVICE

I certify that on 08/06/2012, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Mercer Turner --- mercerturner1@msn.com,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

None.

/s/Gerald A. Ambrose
*Attorney's signature*

Gerald A. Ambrose--ILARDC 0042021
*Printed name and bar number*

Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
*Address*

gambrose@sidley.com
*E-mail address*

(312) 853-7000
*Telephone number*

(312) 853-7036
*Fax number*