# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| MICHELLE KNIGHT AND JEFFERY BARTH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ENBRIDGE PIPELINES (FSP) L.L.C. and )<br>CCPS TRANSPORTATION, LLC, )<br>)<br>Defendants. )<br>)<br>ENBRIDGE PIPELINES(FSP) L.L.C. AND )<br>CCPS TRANSPORTATION, LLC, )<br>)<br>Counterclaimants, )<br>)<br>v. )<br>)<br>MICHELLE KNIGHT and )<br>JEFFERY BARTH, )<br>)<br>Counterdefendants. ) | Case No. 12-CV-01244 |

## CERTIFICATE OF INTEREST
## PER LOCAL RULE 11.3

The undersigned, counsel of record for Enbridge Pipelines (FSP) L.L.C. and CCPS Transportation, LLC, defendants/counterclaimants, furnish the following in compliance with Rule 11.3 of this Court:

1. Enbridge Pipelines (FSP) L.L.C.
   CCPS Transportation, LLC

2. (a) Enbridge Pipelines (FSP) L.L.C. is a Delaware limited liability company.

   Its sole member is CCPS Transportation, LLC.

   (b) CCPS Transportation, LLC is a Delaware limited liability company. Its sole

   member is Enbridge Energy Company, Inc.

(c) Enbridge Inc., a publically traded Canadian corporation headquartered in Calgary, Alberta, Canada is the ultimate parent of defendants. The stock of Enbridge Inc. is publically traded on both the Toronto Stock Exchange ("TSX: ENB") and the New York Stock Exchange ("NYSE: ENB").

3. Sidley Austin LLP
   Westerveld, Johnson, Nicol & Keller, LLC

                Respectfully submitted,

                By: /s/ Gerald A. Ambrose
                    Gerald A. Ambrose
                    Sidley Austin LLP
                    One South Dearborn
                    Chicago, Illinois 60603
                    312-853-7000
                    gambrose@sidley.com

Dated: August 7, 2012               One of the Attorneys for
                                    Defendants-Counterclaimants