# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MICHELLE KNIGHT AND JEFFERY BARTH, | ) |
| Plaintiffs, | ) |
| v. | ) |
| ENBRIDGE PIPELINES (FSP) L.L.C. and CCPS TRANSPORTATION, LLC, | ) |
| Defendants. | ) Case No. 12-CV-01244 |
| ENBRIDGE PIPELINES(FSP) AND CCPS TRANSPORTATION, LLC, | ) |
| Counterclaimants, | ) |
| v. | ) |
| MICHELLE KNIGHT and JEFFERY BARTH, | ) |
| Counterdefendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for defendants and counterclaimants, certifies that the foregoing Answer and Counterclaim, Rule 11.3 Certificate of Interest, and appearances of counsel were served upon counsel for plaintiffs/counterdefendants by electronic transmission to mercerturner1@msn.com this 7th Day of August, 2012.

By: /s/ Gerald A. Ambrose
Gerald A. Ambrose
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
312-853-7000
gambrose@sidley.com

CH1 6992624v.1