AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Michelle Knight & Jeffery Barth <br> *Plaintiff* <br> v. <br> Enbridge Pipelines (FSP) LLC, et al <br> *Defendant* | ) <br> ) <br> ) Case No. 12CV 1244 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Enbridge Pipelines (FSP) LLC and CCPS Transportation LLC

Date: 08/07/2012

/s/ Thomas A. McConnaughay
*Attorney's signature*

Thomas A. McConnaughay - No. 6211809
*Printed name and bar number*

Westervelt, Johnson, Nicoll & Keller, LLC
411 Hamilton Blvd., Suite 1400
Peoria, IL 61602

*Address*

tmcconnaughay@wjnklaw.com
*E-mail address*

(309) 671-3550
*Telephone number*

(309) 671-3588
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Michelle Knight & Jeffery Barth )
*Plaintiff* )
v. ) Case No. 12CV 1244
Enbridge Pipelines (FSP) LLC, et al )
*Defendant* )

CERTIFICATE OF SERVICE

I certify that on 08/07/2012, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Mercer Dean Turner  mercerturner1@msn.com, julsdavis@hotmail.com,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

/s/ Thomas A. McConnaughay
*Attorney's signature*

Thomas A. McConnaughay - No. 6211809
*Printed name and bar number*

Westervelt, Johnson, Nicoll & Keller, LLC
411 Hamilton Blvd., Suite 1400
Peoria, IL 61602
*Address*

tmcconnaughay@wjnklaw.com
*E-mail address*

(309) 671-3550
*Telephone number*

(309) 671-3588
*Fax number*